**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26924-CIV-MARTINEZ**

OSMANY RUIZ-OJEDA,

Petitioner,

v.

WARDEN, MIAMI FEDERAL DETENTION CENTER, *et al.*,

Respondents.

_______________________________________/

**ORDER OF TRANSFER**

**THIS CAUSE** is before the Court *sua sponte*. Good cause appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related Case No. 26-25430-CIV-GAYLES, and subject to the consent of Judge Darrin P. Gayles, it is

**ORDERED** that the above numbered case is transferred to the calendar of Judge Darrin P. Gayles for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, this 5 day of October 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED** that all pleadings filed after this date shall bear the following case number, **26-26924-CIV-GAYLES**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, this 5th day of October 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: all counsel of record